IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED

SUMMERHOUSE IN OLD
PONTE VEDRA CONDOMINIUM
ASSOCIATION, INC.,

      Appellant/Cross-Appellant,

 v.

Case No.  5D21-2910
LT Case No. 2019-CC-1300

AARON GALLEY,

      Appellee/Cross-Appellee.
_____/

Decision filed November 22, 2022

Appeal from the County Court
for St. Johns County,
Charles J. Tinlin, Judge.

William F. Cobb, Christopher M. Cobb, and
Summer L. Reed, of Cobb & Gonzalez,
P.A., Jacksonville, for Appellant/Cross-
Appellee.

Eric S. Kolar, of Kolar Law, P.A.,
Jacksonville, for Appellee/Cross-Appellant.


PER CURIAM.

    AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.